The People of the State of New York, Respondent, v. Joseph Furlan, Defendant, Impleaded with Frank Mangeri, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Helen Lebright, an Infant, by John Lebright, Her Guardian ad Litem, and John Lebright, Respondents, v. William H. Gentzlinger, Appellant.— Judgment so appealed from in so far as the same is in favor of the plaintiff Helen Lebright affirmed, with costs to the said respondent. Judgment so far as the same is in favor of the plaintiff John Lebright reversed and the action severed and a new trial ordered, with costs to the appellant to abide the event, unless the said plaintiff stipulates to reduce the judgment as entered in his favor to the sum of $500, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Charles H. J. Dilg and Amalie A. Dilg, Respondents, v. The Bank of United States, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Yorkville Square Club, Inc., Respondent, v. Joseph Lichtenberger, Defendant, Impleaded with Bertha H. Fischl, as Executrix, etc., of Joseph Fischl, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Commissioner of Public Welfare of the City of New York on Complaint of Esther Cebula, Respondent, v. Max Wexler, Appellant.— Order reversed and a new trial ordered, on the ground that the finding was against the weight of the evidence. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

Carl W. Stern, Respondent, v. Zucker & Josephy, Inc., Appellant. Zucker & Josephy, Inc., Appellant, v. Carl W. Stern, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.; Martin, J., dissents and votes to reverse and grant a new trial on the ground that the parties were bound by their agreement that the respondent do all that was necessary in prosecuting the claim for twenty-five per cent of any recovery.

In the Matter of Irving B. Linden (Formerly Irving Lindenbaum), an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Benjamin Fialkow, Respondent, v. Transportation Insurance Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Rose Levine, Respondent, v. Brooklyn-Manhattan Transit Corporation. Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.